

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2014

No. 04-14-00300-CV

**IN THE INTEREST OF B.J.M. AND H.J.M.,** Children,

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 29724
Honorable Sergio J. Gonzalez, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Reply Brief is GRANTED. The appellant's reply brief is due on January 29, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2014.

_____
Keith E. Hottle
Clerk of Court